CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 2 6 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TAVERIS L. DOWNING, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Defendant. ) | Civil Action No. 7:07-cv-00466<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendant's motion to dismiss [docket no. 24] is **DENIED**; defendant is hereby **DIRECTED** to submit any dispositive motions, including a motion for summary judgment supported by affidavit or other evidence, within twenty (20) days from the date of entry of this order; furthermore, defendant's "Request to Order In Camera Production of Document" [docket no. 29] is **GRANTED**, and plaintiff is hereby **DIRECTED** to produce the requested document within ten (10) days of the date of entry of this order

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for defendant.

ENTER: This 25th day of March, 2008.

/s/ Glen E. Conrad
United States District Judge