CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 03 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TAVERIS L. DOWNING, | ) |
| Plaintiff, | ) Civil Action No. 7:07CV00466 |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

This case is presently before the court on the defendant's motion for sanctions. It is hereby

**ORDERED**

that the motion is **REFERRED** to United States Magistrate Judge Michael F. Urbanski, pursuant to 28 U.S.C. § 636(b)(1)(A).

The Clerk is directed to send certified copies of this order to Judge Urbanski and all counsel of record.

ENTER: This 3d day of October, 2008.

_____
United States District Judge